**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 04-4439**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RODNEY BERNARD GREENE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CR-01-33)

_____

Submitted: May 25, 2005                    Decided: June 8, 2005

_____

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

David Grant Belser, BELSER & PARKE, P.A., Asheville, North Carolina, for Appellant. Gretchen C. F. Shappert, United States Attorney, Thomas Richard Ascik, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney Bernard Greene appeals the district court's order revoking his supervised release and imposing a six-month custodial sentence. Greene has been discharged from federal custody, his sentence did not include a term of supervised release, and there are no continuing collateral consequences from the district court's revocation order and imposition of sentence. We therefore dismiss Greene's appeal as moot. See Spencer v. Kemna, 523 U.S. 1, 10 (1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED